

# IN THE
# TENTH COURT OF APPEALS

### No. 10-22-00146-CV

**MARCIE LYNN DUTSCHMANN SCHRECK,**

**Appellant**

**v.**

**THE DELANEY AT LAKE WACO, ET AL,**

**Appellee**

From the 414th District Court
McLennan County, Texas
Trial Court No. 2021-3814-5

## MEMORANDUM OPINION

On May 9, 2022, appellant, Marcie Lynn Dutschmann Schreck, filed a notice of appeal challenging the trial court's order granting a contest to her statement of inability to afford payment of court costs. *See* TEX. R. CIV. P. 145(g). Appellant's notice of appeal was docketed and assigned appellate cause number 10-22-00146-CV.

Since appellant filed her notice of appeal in this matter, appellant, William Schreck, and William Windsor have tendered for filing in this Court numerous different

documents against a number of parties. Based on a review of the documents tendered for filing with this Court, we have concluded that appellant is working in concert with or at the behest of William Windsor in this matter.[1] This is important because, in an Order and Opinion, dated February 12, 2018, in *Windsor v. Hatten*, United States District Judge Thomas W. Thrash Jr. "PERMANENTLY ENJOINED" William M. Windsor, and any parties acting in concert with him or at his behest, "from filing any complaint or initiating any proceeding . . . in any court (state or federal) . . . without first obtaining leave of a federal district court in the district in which the new complaint or proceeding is to be filed." *Windsor v. Hatten*, No. 1:11-CV-1923-TWT, 2018 U.S. Dist. LEXIS 24484 (N. D. Ga. Feb. 12, 2018) (opinion & order).

In light of the foregoing, on June 22, 2022, we ordered appellant to provide this Court with documentation of permission to file this appeal from the federal district court in this district within fourteen days of June 22, 2022. Furthermore, in our June 22, 2022 order, we warned appellant that a failure to provide documentation of permission to file this appeal within fourteen days will result in this appeal being dismissed. More than fourteen days have passed, and appellant has not responded to our June 22, 2022 order. Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 42.3(c) (providing for the

---

[1] In a case filed in the United States District Court for the Western District of Texas, Waco Division, United States District Judge Alan D. Albright has also determined that appellant "has acted in concert or at the behest of Mr. William M. Windsor." *See Dutschmann v. City of Waco*, No. 6:22-CV-00094-ADA-JCM, 2022 U.S. Dist. LEXIS 31989, at *3 (W. D. Tex. Feb. 23, 2022).

involuntary dismissal of a civil case where appellant has failed to comply with, among other things, a notice from the clerk requiring a response or other action within a specified time).

STEVE SMITH
Justice

Before Chief Justice Gray,
  Justice Johnson,
  and Justice Smith
Appeal dismissed
Opinion delivered and filed July 20, 2022
[CV06]

